PHILLIP A. TALBERT
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CV-00975-JLT-BAM |
|---|---|
| Plaintiff, | ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT SCHEDULING REPORT FROM NOVEMBER 2, 2022, TO FEBRUARY 1, 2023 |
| v. | |
| APPROXIMATELY $189,626.34 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER ********8881, HELD IN THE NAME OF TRUCKING LOGISTICS, LLC, | |
| APPROXIMATELY $176,980.00 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER ********1441, HELD IN THE NAME OF BYRONS PROPERTY MANAGEMENT, LLC, | |
| APPROXIMATELY $87,340.00 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER ********7917, HELD IN THE NAME OF JULIETTE PROPERTY MANAGEMENT, LLC, | |
| APPROXIMATELY $148,380.00 SEIZED FROM PNC BANK ACCOUNT NUMBER **-****-8709, HELD IN THE NAME OF A SMITH CONSULTING, LLC, | |
| APPROXIMATELY $129,716.51 SEIZED FROM PNC BANK ACCOUNT NUMBER **-****-5621, HELD IN THE NAME OF GLORY DENIM, LLC, | |
| APPROXIMATELY $29,651.83 SEIZED FROM PNC BANK ACCOUNT NUMBER **-****-9445, HELD IN THE NAME OF ASHLEY PROPERTY MANAGEMENT, LLC, and, | |
| APPROXIMATELY $28,730.22 SEIZED FROM PNC BANK ACCOUNT NUMBER **-****-5951, HELD IN THE NAME OF MOSELEY MEDICAL SERVICES, LLC, | |
| Defendants. | |

Pursuant to the United States' Request to Extend the Deadline to file a Joint Scheduling Report, the Court finds that there is good cause to extend the deadline to file a Joint Status Report from November 2, 2022, to February 1, 2023. Further, the Initial Scheduling Conference currently set for November 9, 2022, is continued to **February 8, 2023, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **October 27, 2022**              /s/ Barbara A. McAuliffe
                                                          UNITED STATES MAGISTRATE JUDGE