PHILLIP A. TALBERT
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $189,626.34 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER ********8881, HELD IN THE NAME OF TRUCKING LOGISTICS, LLC,<br><br>APPROXIMATELY $176,980.00 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER ********1441, HELD IN THE NAME OF BYRONS PROPERTY MANAGEMENT, LLC,<br><br>APPROXIMATELY $87,340.00 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER ********7917, HELD IN THE NAME OF JULIETTE PROPERTY MANAGEMENT, LLC,<br><br>APPROXIMATELY $148,380.00 SEIZED FROM PNC BANK ACCOUNT NUMBER **-****-8709, HELD IN THE NAME OF A SMITH CONSULTING, LLC,<br><br>APPROXIMATELY $129,716.51 SEIZED FROM PNC BANK ACCOUNT NUMBER **-****-5621, HELD IN THE NAME OF GLORY DENIM, LLC,<br><br>APPROXIMATELY $29,651.83 SEIZED FROM PNC BANK ACCOUNT NUMBER **-****-9445, HELD IN THE NAME OF ASHLEY PROPERTY MANAGEMENT, LLC, and,<br><br>APPROXIMATELY $28,730.22 SEIZED FROM PNC BANK ACCOUNT NUMBER **-****-5951, HELD IN THE NAME OF MOSELEY MEDICAL SERVICES, LLC,<br><br>Defendants. | CASE NO. 1:22-CV-00975-JLT-BAM<br><br>ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT SCHEDULING REPORT FROM FEBRUARY 1, 2023, TO APRIL 5, 2023, AND CONTINUE SCHEDULING CONFERENCE |

Pursuant to the United States' Request to Extend the Deadline to file a Joint Scheduling Report, and continue the Scheduling Conference filed on January 24, 2023 (Doc. 17), the Court finds that there is good cause to extend the deadline to file a Joint Status Report from February 1, 2023, to April 5, 2023, and that the Scheduling Conference be continued to **April 12, 2023, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated: **January 25, 2023**         /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE