UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $189,626.34 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER ********8881, HELD IN THE NAME OF TRUCKING LOGISTICS, LLC, et al.,<br><br>　　　　　Defendants. | Case No.  1:22-cv-00975-JLT-BAM<br><br>**ORDER CONVERTING SCHEDULING CONFERENCE TO STATUS CONFERENCE AND CONTINUING CONFERENCE**<br><br>(Doc. 23) |

　　　　On April 4, 2023, Plaintiff United States of America filed a request to extend the deadline to submit a joint scheduling report from April 5, 2023, to May 3, 2023, and continuing the Scheduling Conference currently set for April 12, 2023.  (Doc. 23.)  Plaintiff explains that the Clerk of the Court has entered default against all known potential claimants and a motion for default judgment is forthcoming.  (*Id.* at p. 2.)

　　　　Having considered Plaintiff's request, and in light of the Clerk's entry of default against all potential claimants, the Scheduling Conference currently set for 4/12/2023 is HEREBY CONVERTED to a STATUS CONFERENCE and CONTINUED to **May 10, 2023, at 10:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.**  The parties may

1

appear at the conference remotely by connecting either via Zoom video or Zoom telephone. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required. If Plaintiff files a motion for entry of default judgment or other dispositive documents prior to the status conference, then the conference will be vacated.

IT IS SO ORDERED.

Dated:  **April 4, 2023**        /s/ *Barbara A. McAuliffe*   
                                      UNITED STATES MAGISTRATE JUDGE