# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $189,626.34 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER \*\*\*\*\*\*\*\*8881, HELD IN THE NAME OF TRUCKING LOGISTICS, LLC, et al.,<br><br>Defendants. | No. 1:22-cv-00975-JLT-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S *EX PARTE* MOTION FOR DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE<br><br>(Docs. 25, 27) |

On May 12, 2023, the assigned magistrate judge issued findings and recommendations recommending that (1) the Government's *ex parte* motion for entry of default judgment against the interests of Trucking Logistics, LLC, Byrons Property Management, LLC, Juliette Property Management, LLC, A Smith Consulting, LLC, Glory Denim, LLC, Ashley Property Management, LLC, and Moseley Medical Services, LLC be granted; and (2) final judgment of forfeiture be entered pursuant to 18 U.S.C. § 981(a)(1)(C) forfeiting all right, title and interest in the defendant funds to the United States of America to be disposed of according to law. (Doc. 27.) The Court served the findings and recommendations on all parties appearing in this action and notified them that any objections were to be filed within 14 days after service. (*Id*.) No one

1

filed objections, and the time in which to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.  Thus, the Court **ORDERS**:

1. The findings and recommendations issued on May 12, 2023 (Doc. 27), are **ADOPTED IN FULL.**
2. The Government's *ex parte* motion for entry of default judgment against the interests of Trucking Logistics, LLC, Byrons Property Management, LLC, Juliette Property Management, LLC, A Smith Consulting, LLC, Glory Denim, LLC, Ashley Property Management, LLC, and Moseley Medical Services, LLC (Doc. 25) is **GRANTED**.
3. Final Judgment of Forfeiture shall be entered pursuant to 18 U.S.C. § 981(a)(1)(C) forfeiting all right, title, and interest in the defendant funds to the United States to be disposed of according to law.
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 19, 2023**

UNITED STATES DISTRICT JUDGE