PHILLIP A. TALBERT
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CV-00975-JLT-BAM |
|---|---|
| Plaintiff, | DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |
| v. | |
| APPROXIMATELY $189,626.34 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER ********8881, HELD IN THE NAME OF TRUCKING LOGISTICS, LLC, | |
| APPROXIMATELY $176,980.00 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER ********1441, HELD IN THE NAME OF BYRONS PROPERTY MANAGEMENT, LLC, | |
| APPROXIMATELY $87,340.00 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER ********7917, HELD IN THE NAME OF JULIETTE PROPERTY MANAGEMENT, LLC, | |
| APPROXIMATELY $148,380.00 SEIZED FROM PNC BANK ACCOUNT NUMBER **-****-8709, HELD IN THE NAME OF A SMITH CONSULTING, LLC, | |
| APPROXIMATELY $129,716.51 SEIZED FROM PNC BANK ACCOUNT NUMBER **-****-5621, HELD IN THE NAME OF GLORY DENIM, LLC, | |
| APPROXIMATELY $29,651.83 SEIZED FROM PNC BANK ACCOUNT NUMBER **-****-9445, HELD IN THE NAME OF ASHLEY PROPERTY MANAGEMENT, LLC, and, | |
| APPROXIMATELY $28,730.22 SEIZED FROM PNC BANK ACCOUNT NUMBER **-****-5951, HELD IN THE NAME OF MOSELEY MEDICAL SERVICES, LLC, | |
| Defendants. | |

This matter came before the Honorable Magistrate Judge Barbara A. McAuliffe on the United States' *ex parte* motion for default judgment. (Doc. 25) There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant funds to oppose the United States' motion. The magistrate judge recommended that the United States' motion be granted. (Doc. 27.) The undersigned adopted the magistrate judge's findings and recommendations on June 20, 2023, and a generic judgment was entered the same day. (Docs. 28, 29.) In accordance with the Court's prior orders and generic judgment, it is FURTHER ORDERED, ADJUDGED AND DECREED:

1. Ashley Property Management, LLC, Moseley Medical Services, LLC, Byrons Property Management, LLC, Trucking Logistics, LLC, A Smith Consulting, LLC, Glory Denim, LLC, and Juliette Property Management, LLC are held in default.

2. A judgment by default is hereby entered against any right, title, or interests of Ashley Property Management, LLC, Moseley Medical Services, LLC, Byrons Property Management, LLC, Trucking Logistics, LLC, A Smith Consulting, LLC, Glory Denim, LLC, and Juliette Property Management, LLC in the defendant funds referenced in the above caption.

3. A final judgment of forfeiture is hereby entered, forfeiting all right, title, and interest in the defendant funds to the United States, to be disposed of according to law; and

4. All parties shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: **July 6, 2023**

UNITED STATES DISTRICT JUDGE